# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   LINDA K. BECKETT                                    Case Number: 05-71722
         15534 ARNEMEN DRIVE #32        SSN-xxx-xx-8382
         SOUTH BELOIT, IL  61080

                                                    Case filed on:          4/12/2005
                                                    Plan Confirmed on:       6/24/2005
                            P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,395.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | LINDA K. BECKETT | 0.00 | 0.00 | 435.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 435.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | CITIFINANCIAL | 0.00 | 271.92 | 271.92 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 1,033.44 | 712.52 | 712.52 | 0.00 |
|  | Total Secured | 1,033.44 | 984.44 | 984.44 | 0.00 |
|  |  |  |  |  |  |
| 001 | CITIFINANCIAL | 5,054.34 | 5,054.34 | 53.34 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 387.30 | 387.30 | 170.91 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | RODALE BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 13.99 | 13.99 | 0.15 | 0.00 |
| 010 | WINNEBAGO CO SCHOOL CREDIT UNION | 2,255.59 | 2,255.59 | 1,075.01 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 137.15 | 137.15 | 60.53 | 0.00 |
|  | Total Unsecured | 7,848.37 | 7,848.37 | 1,359.94 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 10,245.81 | 10,196.81 | 4,143.38 | 0.00 |

Total Paid Claimant:        $4,143.38
Trustee Allowance:          $251.62           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      17.33       discharging the trustee and the trustee's surety from any and all
                                         liability on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

    Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008             By  /s/Heather M. Fagan